IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTY MANESS, | : | No. 3:14cv1966 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner | : | |
| of Social Security Administration, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 28th day of September 2015, it is hereby **ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of Plaintiff Marty Maness and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying plaintiff's Supplemental Security Income Benefits is **VACATED** and the case **REMANDED** to the Commissioner of Social Security to reconsider and appropriately evaluate the medical and vocational evidence and the credibility of the plaintiff, in accordance with the court's Opinion.

3. The Clerk of Court is directed to close this case.

                                                    **BY THE COURT:**

                                                    **s/ James M. Munley**
                                                    **JUDGE JAMES M. MUNLEY**
                                                    **United States District Court**